UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Agustin Martinez-Ortiz,
        Plaintiff,

vs.

ORDER

Secretary of Homeland Security, et al.,

Civ. No. 18-3020 (MJD/LIB)

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated June 12, 2019 [Doc. No. 13] recommending that the matter be dismissed without prejudice as moot. No objections have been filed.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

 **IT IS ORDERED**:

1. Agustin M.-O.'s Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED as moot**; and

2. This matter is **DISMISSED without prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   July 30, 2019                          s/ Michael J. Davis
                                                Michael J. Davis
                                                United States District Court


Civ. No. 18-3020 (MJD/LIB)